IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WESLEY CLARK                                                                                           PLAINTIFF

      v.                                        CIVIL NO. 12-2248

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## O R D E R

      Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* and a motion for service. ECF. Nos. 1, 2. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 23rd day of October 2012:

      Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

      IT IS SO ORDERED.

                                                            /S/ *J. Marschewski*
                                                        HON. JAMES R. MARSCHEWSKI
                                                        CHIEF U.S. MAGISTRATE JUDGE